# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133371
133372
133373
133374

JAMES RICHARD ARNOLD, and
CAROL ARNOLD,
     Plaintiffs-Counter-
     Defendants-Appellees,

v

DENNIS R. KEMP, and MICHAEL D.
KEMP,
     Defendants-Counter-
     Plaintiffs-Appellants,

and

DALE ARNOLD, WILLIAM C.
DUNN, and IOLA C. DUNN,
     Third-Party
     Defendants-Appellees.

_____

SC: 133371-133372
COA: 262349, 263157
St. Joseph CC: 96-001144-CH

JAMES RICHARD ARNOLD, and
CAROL ARNOLD,
     Plaintiffs-Counter-
     Defendants Third-Party
     Defendants-Appellees,

V

DENNIS R. KEMP, and MICHAEL D.
KEMP,
     Defendants-Counter-
     Plaintiffs-Appellants,

and

SC:  133373
COA:  264126
St. Joseph CC:  96-001144-CH

WILLIAM D. DUNN, and IOLA C. DUNN,
  Third-Party
  Defendants-Appellees.
_____

JAMES RICHARD ARNOLD, and
CAROL ARNOLD,
  Plaintiffs-Counter-
  Defendants Third-Party
  Defendants-Appellees,

V

DENNIS R. KEMP, and MICHAEL D.
KEMP,
  Defendants-Counter-
  Plaintiffs-Appellants,

and

DALE ARNOLD,
  Third-Party
  Defendant-Appellee,

and

WILLIAM C. DUNN, and IOLA C. DUNN,
  Third-Party Defendants.

_____/

SC: 133374
COA: 264578
St. Joseph CC: 96-001144-CH

On order of the Court, the application for leave to appeal the January 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007



Clerk